FILED
OCT 11 2013
COURT
CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAGDASAR BAGDASARYAN (7),<br><br>Defendant. | Case No.: 13CR3482-BTM<br><br>**ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE** |

For good cause shown, it is ORDERED that the indictment is DISMISSED WITHOUT PREJUDICE as to defendant BAGDASAR BAGDASARYAN (7) only.

DATED: October 9, 2013

HON. BARRY T. MOSKOWITZ
Chief United States District Judge